

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2015

No. 04-15-00062-CR

**IN RE** Ronjee **MIDDLETON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                 Patricia O. Alvarez, Justice
                 Jason Pulliam, Justice

On February 9, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 25, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CR-0666, styled *The State of Texas v. Ronjee Middleton*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.